*George J. Hayes, Victor Fiddler* and *William F. O'Rourke* for appellants.

*Charles S. Phillips* for claimant-respondent.

Appeal dismissed without costs; no opinion. (See 292 N. Y. 721.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

CHARLES L. REESE, JR., Appellant, *v.* TEXAS COMPANY, Respondent.

Argued November 29, 1943; decided March 10, 1944.

*Kenneth M. Spence* and *Soia Mentschikoff* for appellant.

*Joseph M. Proskauer, Oscar J. Dorwin, Theodore J. Miller* and *Eugene Eisenmann* for respondent.

Judgment affirmed, with costs; no opinion. (See 292 N. Y. 719.)

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

In the Matter of FRANK J. HARDECKER et al., Appellants, against BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

Argued January 19, 1944; decided March 10, 1944.